UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

                                                                     CASE NO. 16-10687

Anek Pooviriyakul

                                                                     CHAPTER 13

                Debtor.

---------------------------------------------------------x

**<u>CERTIFICATE OF SERVICE</u>**

      I, Juan Parodi, being duly sworn state as follows:

      1.  I am over 18 years of age and not a party to this case.

      2.  On April 7, 2016, I served by regular mail a copy of the Debtor's Chapter 13 Plan to the parties in the annexed document.

      I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated: April 11, 2016
       Queens, New York

                                                                  */s/Martha J. de Jesus*
                                                                  Martha J. de Jesus

# MAILING MATRIX

BANK OF AMERICA
NC4-105-03-14
PO BOX 26012
GREENSBORO, NC 27410

CBNA
PO BOX 6283
SIOUX FALLS, SD 57117

INTERNAL REVENUE SERVICE
P. O. BOX 7346
PHILADELPHIA, PA 19101

NYC DEPARTMENT OF FINANCE
ONE CENTRE STREET
22ND FLOOR
NEW YORK, NY 10007

NYS DEPT OF TAXATION
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205

STERLING NATIONAL BANK
400 RELLA BLVD
SUFFERN, NY 10901

WARWI SAVBNK/DOVENMUEH
1 CORPORATE DR STE 360
LAKE ZURICH, IL 60047

WARWI SAVBNK/DOVENMUEH
1 CORPORATE DR STE 360
LAKE ZURICH, IL 60047

JEFFREY SAPIR, ESQ.
399 KNOLLWOOD RD.
Suite 102
WHITE PLAINS, NY 10603